IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01781-MEH

DAVID KEITH JENSON,

    Plaintiff,

v.

DISH NETWORK, LLC, and
KATHY STEELE, Human Resources Manager, Dish Network, LLC

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 24, 2014.**

    Defendants' Unopposed Motion to Reschedule Scheduling Conference [filed July 24, 2014; docket #11] is **granted**. The Scheduling Conference currently set for **August 29, 2014** is **vacated and reset** for **September 4, 2014 at 9:45 a.m.** All other aspects of this Court's July 10, 2014 order remain in effect.