IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-01781-MEH

DAVID KEITH JENSON,

     Plaintiff,

v.

KATHY STEELE, Human Resources Manager, Dish Network, LLC

     Defendants.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

**Michael E. Hegarty, United States Magistrate Judge**.

     At the September 4, 2014 Scheduling Conference, the parties informed the Court of their consent to dismiss this case with prejudice. In light of that notice, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear his or her own fees and costs. The Clerk of the Court is directed to close this case.

     Dated and entered at Denver, Colorado this 4th day of September, 2014.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge